# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THADDEUS YUREK, | Case No. 2:17-cv-01265-APG-NJK |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED FOR LACK OF SUBJECT MATTER JURISDICTION** |
| BASS PRO OUTDOOR WORLD, LLC, *et al.*, | |
| Defendants. | |

This action originally was filed in Nevada state court. ECF No. 1. Defendant Chengbao Enterprise LTD removed the case to this Court based on diversity jurisdiction. However, neither the removal petition nor the complaint identifies the citizenship of the parties. As the party seeking to invoke this Court's jurisdiction, Chengbao bears the burden of establishing jurisdiction exists. *See Naffe v. Frey*, 789 F.3d 1030, 1040 (9th Cir. 2015). Chengbao's removal petition also does not address whether all defendants consent to removal even though it states that the other defendant has been served. *See* 28 U.S.C. § 1446(2)(A).

IT IS THEREFORE ORDERED that on or before May 31, 2017, defendant Chengbao Enterprise LTD shall show cause in writing why this action should not be remanded to state court for lack of subject matter jurisdiction and for lack of consent of all defendants. If the defendant does not file a response to this order by that date, the case will be remanded.

IT IS FURTHER ORDERED that plaintiff Thaddeus Yurek shall file a response on or before June 9, 2017.

DATED THIS 8th day of May, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE