# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THADDEUS YUREK, | Case No. 2:17-cv-01265-APG-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| BASS PRO OUTDOOR WORLD, LLC, et al, | |
| Defendant(s). | |

On May 22, 2017, Plaintiff filed a notice of Rule 26(f) conference. Docket No. 12. Discovery-related documents are not to be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** the document filed at Docket No. 12 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: May 23, 2017.

NANCY J. KOPPE
United States Magistrate Judge