# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THADDEUS YUREK, | Case No. 2:17-cv-01265-APG-NJK |
| Plaintiff, | |
| v. | **ORDER REGARDING JURISDICTION** |
| BASS PRO OUTDOOR WORLD, LLC, *et al.*, | |
| Defendants. | |

Based on the parties' responses to my two Orders to Show Cause, I will not remand this case to state court at this time. However, the parties remain responsible for proving this court has jurisdiction over this case. The parties may conduct discovery regarding the citizenship of the various members of the limited liability companies and entities as discussed in my prior orders. Should discovery reveal that diversity jurisdiction does not exist, one or more parties may file a motion to remand at that time.

DATED THIS 19th day of June, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE