FELICIA GALATI, ESQ.
Nevada Bar No. 7341
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
fgalati@ocgas.com
Telephone: 702-384-4012
Facsimile:  702-383-0701
Attorneys for Defendant
BASS PRO OUTDOOR WORLD, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THADDEUS YUREK,<br><br>               Plaintiff,<br><br>v.<br><br>BASS PRO OUTDOOR WORLD, LLC dba Bass Pro Shops; CHENGBAO ENTERPRISES LTD; DOES 1 through X; and ROE BUSINESS ENTITES I through XX, inclusive,<br><br>               Defendants. | CASE NO. 2:17-cv-01265-APG-NJK<br><br>**STIPULATION AND ORDER TO AMEND DEFENDANT BASS PRO OUTDOOR WORLD, LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

COME NOW the parties hereto by and through their respective counsel, and hereby stipulate and agree that Defendant BASS PRO OUTDOOR WORLD, LLC, is allowed to file an Amended Answer to Plaintiff's First Amended Complaint to allege additional affirmative defenses.  A copy of the proposed Amended Answer to Plaintiff's First Amended Complaint is

/ / /

/ / /

/ / /

/ / /

1

attached hereto as Exhibit A.  This case is in its early stages.  On 7/5/17, the Court approved the parties Discovery Plan and Scheduling Order (#29).

Dated this 6th day of July, 2017

*/s/ Robert M. Adams*

---
Robert T. Eglet, Esq.
Robert M. Adams, Esq.
Artemus W. Ham, Esq.
Richard K. Hy, Esq.
EGLET PRINCE
400 South Seventh Street, Suite 400
Las Vegas, NV  89101
Attorneys for Plaintiff THADDEUS YUREK

Dated this 6th day of July, 2017

*/s/ Felicia Galati*

---
Felicia Galati, Esq.
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Defendant BASS PRO
OUTDOOR WORLD, LLC

Dated this 6th day of July, 2017

*/s/ Thomas D. Dillard, Jr.*

---
Thomas D. Dillard, Jr. Esq.
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Defendant CHENGBAO
ENTERPRISES LTD

## ORDER

IT IS SO ORDERED this 3rd day of July 2017.

---
UNITED STATES MAGISTRATE JUDGE

Submitted by:

*/s/ Felicia Galati*

---
Felicia Galati, Esq.
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Attorneys for Defendant BASS PRO
OUTDOOR WORLD, LLC

2