THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - facsimile
Attorneys for Defendant
CHENGBAO ENTERPRISES LTD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THADDEUS YUREK,<br><br>    Plaintiff,<br><br>vs.<br><br>BASS PRO OUTDOOR WORLD, LLC, dba Bass Pro Shops; CHENGBAO ENTERPRISES LTD; DOES I through X; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>    Defendants. | CASE NO. 2:17-cv-1265-APG-NJK |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiff THADDEUS YUREK ("Plaintiff") and Defendants BASS PRO OUTDOOR WORLD, LLC, dba Bass Pro Shops and CHENGBAO ENTERPRISES LTD ("Defendants") (collectively the "Parties"), each acting by and through their undersigned counsel, hereby Stipulate and Agree pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) that all claims and causes of action asserted by Plaintiff against Defendants, as set forth in the Plaintiff's First Amended

///

///

///

///

///

///

///

Complaint, shall be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 19 day of January, 2018.

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

_____
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant
CHENGBAO ENTERPRISES LTD

EGLET PRINCE

_____
Robert M. Adams, Esq.
Nevada Bar No. 6551
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Attorneys for Plaintiff

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

_____
Felicia Galati, Esq.
Nevada Bar No. 7341
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Bas Pro Shops

WILLIAMS VENKER & SANDERS

/s/ Michael C. McMullen
_____
Michael C. McMullen, Esq.
800 East 101st Terrace, Ste. 350
Kansas City, Missouri 64131
Attorneys for Bas Pro Shops

**ORDER**

IT IS SO ORDERED.

Dated: January 19, 2018.

_____
UNITED STATES DISTRICT JUDGE